Decided March 25, 2008

## STATE OF CONNECTICUT *v.* WILLIAM EASTWOOD

The defendant's petition for certification for appeal from the Appellate Court, 83 Conn. App. 452 (AC 23907), is denied.

*Michael Zariphes,* special public defender, in support of the petition.

*Toni M. Smith-Rosario,* senior assistant state's attorney, in opposition.

Decided April 2, 2008

The defendant's petition for certification for appeal from the Appellate Court, 105 Conn. App. 258 (AC 26956), is denied.